**No. 61387.**—E. Leitz, Inc. *v.* United States, protest 296807–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61388.**—Schneider Bros. & Co., Inc. *v.* United States, protest 304139–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar to that the subject of Abstract 59812 and that the issues are the same in all material respects as those involved in *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61389.**—Dextar Fur Corp. and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 122390–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiffs was sustained.

**No. 61390.**—W. X. Huber Co. *v.* United States, protest 23462–K (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*